## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

CHRISTINA M. WINSLOW

   -vs-                                                    Civil No. 3:03cv721 MRK

MOHEGAN TRIBAL GAMING AUTHORITY
DEPT OF LABOR
WILLIAM VELARDO, PRES.

## J U D G M E N T

A notice of proposed dismissal [4-1] of the above-captioned action having been sent to counsel of record on November 25, 2003, pursuant to this Court's Local Rule 41(a) and,

No action having been taken by counsel subsequent to such notice and no satisfactory explanation therefor having been submitted to the Court within twenty (20) days of such notice;

It is ORDERED that this action be and hereby is dismissed without costs to any party.

Dated at New Haven, Connecticut, this 27th day of January, 2004.


Kevin F. Rowe, Clerk

By   /s/ Kenneth R. Ghilardi       
     Kenneth R. Ghilardi
     Deputy Clerk


EOD:_____